UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

WADIYA BASIR,

               Plaintiff,

                                         **JUDGMENT**
      - against -                            13-cv-5726 (RRM) (MDG)

NEW CARLTON REHABILITATION AND
NURSING CENTER,

               Defendant.
-------------------------------------------------------------X

        A Memorandum and Order of the Court issued this day, Ordering that defendant's Motion to Dismiss be granted and this action be dismissed, it is hereby

        ORDERED, ADJUDGED AND DECREED that plaintiff take nothing of defendant, and that this action is hereby dismissed with prejudice.

                                               SO ORDERED.

                                           *Roslynn R. Mauskopf*

Dated:  Brooklyn, New York
         September 22, 2015                   _____
                                                  ROSLYNN R. MAUSKOPF
                                                  United States District Judge